OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/7/05

**Edward M. McNally**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899

RE:    **Centerforce Technologies, Inc., v. Austin Logistics Inc.,**
CA 99-243 MMS (SLR)

Dear Counsel:

Pursuant to the Order entered on 24th of August, 2001 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    106 and 107.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on 6/7/05 _____
Signature